■ OLIVIA G. SEELER, INC., Respondent, v. KATHERINE KIERNAN, Appellant.— Motion to dispense with the printing of plaintiff's Exhibit 1 and defendant's Exhibit A granted; the originals thereof to be handed up on the argument

or submission of the appeal. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.